# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0003. IN THE INTEREST OF S. H., children, et al.**

Pursuant to Court of Appeals Rule 40 (b), appellant filed a "Motion for Extension of Time to File Discretionary Appeal Following Order Denying Motion for New Trial." Said motion is hereby GRANTED, and appellant has until **September 18, 2020**, to file his application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*